Alvin N. Wigington, Plaintiff-Appellant, v. John Faulkner, Defendant-Appellee.

Gen. No. 10,472.    (Abstract of Decision.)

Fourth District.

September 8, 1964.

Rehearing denied September 29, 1964.

Appleman & Zimmerly, of Champaign (Philip C. Zimmerly, of counsel), for appellant; Phillips, Phebus & Tummelson, of Urbana (Darius E. Phebus, and Clive Follmer, of counsel), for appellee. Opinion by JUSTICE SMITH. Not to be published in full.